SNOW MOUNTAIN PINE COMPANY,
*Appellant,*

*v.*

PUBLIC UTILITY COMMISSION OF
THE STATE OF OREGON
and CP National Corporation,
*Respondents,*

*and*

OREGON TRAIL ELECTRIC CONSUMERS
COOPERATIVE, INC.,
*Intervenor - Defendant - Respondent.*

(A8812-06809, A8907-03971; CA A62055)

795 P2d 611

Mildred J. Carmack, Portland, argued the cause for appellant. With her on the briefs were Paul E. Levy, Boise, Idaho, and Donald A. Haagensen, David F. Bartz, Jr., and Schwabe, Williamson & Wyatt, Portland.

W. Benny Won, Assistant Attorney General, Salem, argued the cause for respondent Public Utility Commission. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, Salem.

John W. Gould, Portland, argued the cause for respondent CP National Corporation. With him on the brief were George L. Wagner and Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard, Portland.

Thomas A. Balmer, Portland, argued the cause for respondent Oregon Trail Electric Consumers Cooperative, Inc. With him on the brief were Lindsay, Hart, Neil & Weigler, Portland, and Henry C. Lorenzen and Corey, Byler, Rew, Lorenzen & Hojem, Pendleton.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Snow Mountain Pine Company appeals from a decision of the circuit court affirming an order of the Public Utility Commission (PUC) on remand from this court. *Snow Mt. Pine Company v. Maudlin,* 84 Or App 590, 734 P2d 1366, *rev den* 303 Or 591 (1987). It contends that PUC's decision is inconsistent with our remand instructions or, in the alternative, that our opinion and remand instructions were wrong. We adhere to our opinion and conclude that PUC complied with our instructions on remand.

Affirmed.